```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/8/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------
STARR INDEMNITY & LIABILITY COMPANY,

                       Plaintiffs,

-against-                              22 Civ. 1808 (AT)

US PACIFIC TRANSPORT, INC.,                  **ORDER**

                       Defendant.
---------------------------------------------------------------

ANALISA TORRES, District Judge:

      The Court intends to proceed under a master scheduling order for the cases steming from the losses on the M/V ONE APUS. However, this will occur once the Defendants in each case are given an opportunity to appear and motions for default, if appropriate, are filed. By **thirty (30) days after the execution of a waiver of service or thirty (30) days after service is completed, whichever is sooner**, the parties in this case shall file a joint letter containing: (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s), (2) a brief description of any contemplated motions, (3) a statement informing the Court if a jury trial is being requested and the anticipated length of any trial, and (4) a statement informing the Court the prospect for settlement, including which form of alternative dispute resolution the parties which to engage in and when. The parties need not file a case management plan until further order by the Court.

      SO ORDERED.

Dated: March 8, 2022
       New York, New York

                                                      ANALISA TORRES
                                              United States District Judge